# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LOUIS POSLOF, | 1:11-cv-01407 LJO BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| HONORABLE F. DANA WALTON, ROBERT BROWN DA, Esq., CHP Officer D.P. SWEENEY 18088, SUPERIOR COURT MARIPOSA COUNTY, DISTRICT ATTORNEY MARIPOSA COUNTY, CALIFORNIA HIGHWAY PATROL AREA 455, COUNTY OF MARIPOSA, "And all other John Does." | |
| Defendants. | |

Plaintiff Steven Poslof ("Plaintiff"), an individual proceeding pro se, filed a motion to proceed *in forma pauperis* (the "IFP Motion"). (Doc. 2.) On March 2, 2012, the Magistrate Judge issued Findings and Recommendations recommending that the IFP Motion be denied, citing Plaintiff's lack of candor and cavalier treatment of his purported poverty status in completing his IFP Motion. (Doc. 24, 4: 18-19.) The Magistrate Judge also recommended that Plaintiff be required to pay a reduced filing fee of $200.00. (Doc. 24, 6: 4.) Additionally, as Plaintiff had filed a Motion for Default Judgement (Doc. 23), but had yet been granted permission to proceed *in forma pauperis* or pay his filing fee, the Motion for Default Judgment

1

1  was not properly before the Court.  As such, the Magistrate Judge recommended the Motion for
2  Default Judgment be denied. (Doc. 24, 6: 5.)
3       The March 2, 2012 Findings and Recommendations were served on the parties and
4  contained notice to the parties that any objections to the Findings and Recommendations were to
5  be filed within fifteen days of the date of the Order.  (Doc. 24, 6: 6-12.)  The parties have not
6  filed timely objections to the Findings and Recommendations.
7       In accordance with the provisions of Title 28 of the United States Code section
8  636(b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed
9  the entire file, the Court finds that the Findings and Recommendations are supported by the
10 record and proper analysis.
11      Accordingly, IT IS HEREBY ORDERED that:
12      1.   The Findings and Recommendations, March 2, 2012, is adopted in full;
13      2.   Plaintiff Motion to Proceed *in forma pauperis* is denied;
14      3.   Plaintiff is required to pay a reduced filing fee of $200.00;
15      4.   Plaintiff's Motion for Default Judgment is denied.
16      IT IS SO ORDERED.
17  **Dated:    March 21, 2012**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

2