# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LOUIS POSLOF, ) | 1:11-cv-01407 LJO BAM |
| ) | |
| Plaintiff, ) | AMENDED ORDER ADOPTING |
| ) | FINDINGS AND RECOMMENDATIONS |
| v. ) | |
| ) | |
| HONORABLE F. DANA WALTON, ) | |
| ROBERT BROWN DA, Esq., CHP Officer ) | |
| D.P. SWEENEY 18088, SUPERIOR COURT ) | |
| MARIPOSA COUNTY, DISTRICT ) | |
| ATTORNEY MARIPOSA COUNTY, ) | |
| CALIFORNIA HIGHWAY PATROL AREA ) | |
| 455, COUNTY OF MARIPOSA, "And all ) | |
| other John Does." ) | |
| ) | |
| Defendants. ) | |

Plaintiff Steven Poslof ("Plaintiff"), an individual proceeding pro se, filed a motion to proceed *in forma pauperis* (the "IFP Motion"). (Doc. 2.)  On March 2, 2012, the Magistrate Judge issued Findings and Recommendations recommending that the IFP Motion be denied, citing Plaintiff's lack of candor and cavalier treatment of his purported poverty status in completing his IFP Motion.  (Doc. 24, 4: 18-19.)  The Magistrate Judge also recommended that Plaintiff be required to pay a reduced filing fee of $200.00. (Doc. 24, 6: 4.)   Additionally, as Plaintiff had filed a Motion for Default Judgement (Doc. 23), but had yet been granted permission to proceed *in forma pauperis* or pay his filing fee, the Motion for Default Judgment

1

1  was not properly before the Court.  As such, the Magistrate Judge recommended the Motion for
2  Default Judgment be denied.  (Doc. 24, 6: 5.)
3       The March 2, 2012 Findings and Recommendations were served on the parties and
4  contained notice to the parties that any objections to the Findings and Recommendations were to
5  be filed within fifteen days of the date of the Order.  (Doc. 24, 6: 6-12.)  The parties have not
6  filed timely objections to the Findings and Recommendations.
7       In accordance with the provisions of Title 28 of the United States Code section
8  636(b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed
9  the entire file, the Court finds that the Findings and Recommendations are supported by the
10 record and proper analysis.
11      Accordingly, IT IS HEREBY ORDERED that:
12      1.  The Findings and Recommendations, March 2, 2012, is adopted in full;
13      2.  Plaintiff Motion to Proceed *in forma pauperis* is denied;
14      3.  Plaintiff's Motion for Default Judgment is denied;
15      4.  Plaintiff is required to pay a reduced filing fee of $200.00.
16      Plaintiff is ORDERED to submit the reduced filing fee of $200.00 no later than **March
17 28, 2012.  This Court ADMONISHES plaintiff that failure to submit payment of the
18 reduced $200 filing fee by March 28, 2012 will result in immediate dismissal of this action**.
19 This Court further ADMONISHES plaintiff that if plaintiff timely pays the reduced $200 filing
20 fee, this Court will proceed to screen plaintiff's complaint to ascertain whether it alleges credible,
21 viable claims.  This Court ORDERS plaintiff to refrain from attempting to serve any defendant
22 with the complaint, until this Court orders otherwise.
23      IT IS SO ORDERED.
24 **Dated:   March 21, 2012**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE