# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LOUIS POSLOF,<br><br>    Plaintiff,<br><br>    v.<br><br>HONORABLE F. DANA WALTON,<br>ROBERT BROWN DA, Esq., CHP Officer<br>D.P. SWEENEY 18088, SUPERIOR COURT<br>MARIPOSA COUNTY, DISTRICT<br>ATTORNEY MARIPOSA COUNTY,<br>CALIFORNIA HIGHWAY PATROL AREA<br>455, COUNTY OF MARIPOSA, "And all<br>other John Does."<br><br>    Defendants. | 1:11-cv-01407 LJO BAM<br><br>ORDER DISMISSING PLAINTIFF'S<br>COMPLAINT WITHOUT PREJUDICE |

    Plaintiff Steven Poslof ("Plaintiff"), an individual proceeding pro se, filed a motion to proceed *in forma pauperis* (the "IFP Motion"). (Doc. 2.) On March 2, 2012, the Magistrate Judge issued Findings and Recommendations recommending the IFP Motion be denied, citing Plaintiff's lack of candor and cavalier treatment of his poverty status in completing his IFP Motion. (Doc. 24, 4: 18-19.) The Magistrate Judge also recommended that Plaintiff be required to pay a reduced filing fee of $200.00. (Doc. 24, 6: 4.)

    On March 5, 2012, Plaintiff filed a "Motion for Clarification." (Doc. 25.) Based on the content of the pleading, however, the Court construes the Motion for Clarification as a Motion to

1  issue summons and affect service of Plaintiff's Complaint.  *See generally,* Doc. 25.  Plaintiff

2  supplemented his briefing for this request on March 26, 2012.  (Doc. 28.)

3        On March 21, 2012, the undersigned issued an order adopting the Magistrate Judge's

4  Findings and Recommendations, ordering Plaintiff to submit the reduced filing fee of $200.

5  (Doc. 27.)  The Court further admonished Plaintiff that failure to tender the reduced filing fee

6  would result in immediate dismissal of Plaintiff's claims.  (Doc. 27.)  As of the date of this

7  Order, Plaintiff has not submitted the required filing fee.

8        Accordingly, IT IS HEREBY ORDERED that:

9        1.      Plaintiff's Motion to issue summons and affect service of Plaintiff's complaint is

10             DENIED as Moot; and

11       2.      Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

12       The clerk is directed to close this action.

13       IT IS SO ORDERED.

14 **Dated:   April 2, 2012**               /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE