IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. POSLOF, | CASE NO. CV F 11-1407 LJO BAM |
| Plaintiff, | **ORDER TO DENY RELIEF** |
| vs. | (Doc. 30.) |
| F. DANA WALTON, et al., | |
| Defendants. | |

On April 3, 2012, plaintiff Steven L. Poslof ("Mr. Poslof") filed papers (doc. 30.) to take issue with the handling of Mr. Poslof's reduced filing fee and related matters. In his papers, Mr. Poslof "respectfully moves this Honorable Court to review the other Findings made in the [dual] ORDERS(S)." Mr. Poslof seeks relief which this Court is unable to grant. As such, this Court DENIES Mr. Poslof relief requested in his papers (doc. 30) and DIRECTS the clerk to term doc. 30. Mr. Poslof has noted in the record his criticisms of the filing fee and related matters and this Court need comment no further on such issues.

IT IS SO ORDERED.

**Dated:   April 4, 2012**                                  **/s/ Lawrence J. O'Neill**

1

1                                   UNITED STATES DISTRICT JUDGE